UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THAYER EASTMAN
Plaintiff(s)

v.                                    CIVIL ACTION NO. 20cv11395-RWZ

RAYMOND KELLY RICHARDSON
      Defendant(s)

### JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[**X**]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with the ENDORSED ORDER entered on 10/13/2020; Judgment is entered DISMISSING the complaint.

                                          Robert Farrell, CLERK

                                          s/ Lisa A. Urso
Dated; 10/13/2020                         Deputy Clerk